"O" Send

FILED
CLERK, U.S. DISTRICT COURT

NOV - 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER ANDREW LORENZANA<br><br>    Defendant. | 08-2727M<br><br>ORDER [OF DETENTION] [SETTING CONDITIONS OF RELEASE] AFTER HEARING (18 U.S.C. § 3148(b):<br>(Allegations of Violation of Pretrial Conditions of Release) |

A.

On motion of the Government involving an alleged violation of conditions of pretrial release and warrant for arrest issued by [Judge D. SABRAW, S.D. CAL.

B.

The court finds there is

(1)

    (A) ( ) Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B) (X) Clear and convincing evidence that the defendant has violated any other condition of release; and

1  (2)

2       (A)   ( )   Based on the factors set forth in 18 U.S.C. § 3142(g),
3                   there is no condition or combination of conditions of
4                   release that will assure that the person will not flee or
5                   pose a danger to the safety or any other person or the
6                   community; or
7       (B)   (X)   The person is unlikely to abide by any condition or
8                   combination of conditions of release.
9                         and/or, in the event of (1)(A)
10 (3)        ( )   There is probable cause to believe that, while on
11                  release, the defendant committed a Federal, State, or
12                  local felony, and the presumption that no condition or
13                  combination of conditions will assure that the person
14                  will not pose a danger to the safety of any other person
15                  or the community has not been rebutted.
16                                       or
17 (4)        ( )   The court finds that there are conditions of release that
18                  will assure that the defendant will not flee or pose a
19                  danger to the safety of any other person or the
20                  community, and that the defendant will abide by such
21                  conditions. <u>See</u> separate order setting conditions.
22            ( )   It is further ordered that this order is stayed for 72
23                  hours in order to allow the Government to seek review
24                  from the [assigned district judge] [criminal duty
25                  district judge].
26                                       <u>or</u>
27
28

C.

[X] IT IS ORDERED defendant be detained prior to trial.

DATED: 11/3/08

_____
U.S. MAGISTRATE/DISTRICT JUDGE

[11/04]